**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

OLGA SEGREAVES,

             Respondent

          v.

ROSS SEGREAVES,

             Petitioner

: No. 239 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.